# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs<br><br>VENIAMIN LAOUGINE, et al.<br><br>　　　　　Defendant. | Case No.   2:09-CR-0510-PMP-RJJ<br><br>**EX PARTE MOTION FOR ORDER DIRECTING THE U.S. MARSHAL TO ARRANGE TRANSPORTATION TO HEARING** |

　　　COMES NOW defendant, __VENIAMIN LAOUGINE__, by and through counsel, __MACE J. YAMPOLSKY, ESQ.__, and moves this Honorable Court for an order directing the United States Marshal to arrange for the defendant's non-custodial transportation from __West Bloomfield, Michigan__ to __Las Vegas, Nevada__ on or before __Monday, July 12, 2010__ at the hour of 9:30 A.M. for the purpose of appearing before MAGISTRATE JOHNSTON FOR EVIDENTIARY HEARING.

　　　This request is limited to payment of one-way transportation to the above-referenced court appearance only.

　　　DATED this __8th__ day of July, 2010.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

1

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE MOTION FOR ORDER DIRECTING PAYMENT OF TRANSPORTATION EXPENSES

18 U.S.C. § 4285 authorizes the court to direct the U.S. Marshals Service to arrange for the means of noncustodial transportation of released indigent defendants to the place where their appearance in court is required.

Pursuant to 18 U.S.C. § 4285, the defendant will be financially unable to travel from his/her home in <u>West Bloomfield, Michigan</u> to Las Vegas, Nevada unless this court directs the United States Marshal to pay his/her transportation to the hearing.

It has been determined by this court that the defendant qualifies for the appointment of counsel pursuant to 18 U.S.C. 3006A.

_____
_____
_____
_____
_____

Pursuant to the District Court's memorandum order dated January 22, 1986, the following representations are made: (1) that the United States Attorney's office has not been provided with a copy of this motion; and (2) that this matter is not the proper subject of a stipulation.

DATED this __8th__ day of __July__, 2010.

Respectfully submitted,

_____
Counsel for Defendant

Ex Parte Trans set 1 3/13/2002                             2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NUMBER 2:09-CR-0510-PMP-RJJ |
| ) | |
| v. ) | ORDER DIRECTING U.S. MARSHAL |
| ) | TO ARRANGE TRANSPORTATION |
| VENIAMIN LAOUGINE, et al. ) | TO HEARING |
| ) | |
| Defendant. ) | |

Having reviewed the defendant's Ex Parte Motion for Order Directing the U.S. Marshal to Arrange Transportation to Hearing, and good cause appearing therefor:

IT IS HEREBY ORDERED that the United States Marshal shall arrange one-way transportation for defendant, VENIAMIN LAOUGINE , to travel from WEST BLOOMFIELD, MICHIGAN to LAS VEGAS, NEVADA on or before JULY 12, 2010 at the hour of 9:30 A.M. for the purposes of appearing before JUDGE JOHNSTON for EVIDENTIARY HEARING.

This order is limited to payment of one-way transportation to the above-referenced court appearance only.

DATED this 8th day of July, 2010.

_____
U.S. XXXXXXX   MAGISTRATE JUDGE