1
2
3 **UNITED STATES DISTRICT COURT**
4 **DISTRICT OF NEVADA**
5
6 UNITED STATES OF AMERICA,                        )
7                          Plaintiff,              )   Case No.   2:09-CR-0510-PMP-RJJ
                                                   )
8 vs                                               )   **EX PARTE MOTION FOR ORDER**
                                                   )   **DIRECTING THE U.S. MARSHAL**
9 VENIAMIN LAOUGINE, et al.                        )   **TO ARRANGE TRANSPORTATION**
                                                   )
10                       Defendant.                )
11 ────────────────────────────────────)

12       COMES NOW Defendant, __VENIAMIN LAOUGINE__, by and through counsel, __MACE

J. YAMPOLSKY, ESQ.__, and moves this Honorable Court for an Order directing the United
13
States Marshal to arrange for the Defendant's non-custodial transportation from West Bloomfield,
14
Michigan to Las Vegas, Nevada on or before Monday, August 16, 2010 for the purpose of
15
examination and testing by linguistics expert.
16
      This request is limited to payment of one-way transportation to the above-referenced court
17
appearance only.
18
      DATED this _27th_ day of July, 2010.
19
20
21
22                                            Counsel for Defendant
23
24
25
26
27
28

1

1  MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
   EX PARTE MOTION FOR ORDER
2  DIRECTING PAYMENT OF TRANSPORTATION EXPENSES

3        18 U.S.C. § 4285 authorizes the court to direct the U.S. Marshals Service to arrange for the

4  means of noncustodial transportation of released indigent defendants to the place where their

5  appearance in court is required.

6        Pursuant to 18 U.S.C. § 4285, the Defendant will be financially unable to travel from his/her

7  home in <u>West Bloomfield, Michigan</u> to Las Vegas, Nevada unless this court directs the United States

8  Marshal to pay his/her transportation.

9        It has been determined by this Court that the defendant qualifies for the appointment of counsel

10 pursuant to 18 U.S.C. 3006A.

11 _____

12 _____

13 _____

14 _____

15 _____

16        Pursuant to the District Court's memorandum order dated January 22, 1986, the

17 following representations are made: (1) that the United States Attorney's office has not been provided

18 with a copy of this motion; and (2) that this matter is not the proper subject of a stipulation.

19        DATED this _27th_ day of _July_, 2010.

20                                    Respectfully submitted,

21

22

23                                    Counsel for Defendant

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,                    )
                                             )
              Plaintiff,                    )    CASE NUMBER  2:09-CR-0510-PMP-RJJ
                                             )
v.                                           )    **ORDER DIRECTING U.S. MARSHAL**
                                             )    **TO ARRANGE TRANSPORTATION**
 VENIAMIN LAOUGINE, et al.                  )
                                             )
              Defendant.                   )
_____)

      Having reviewed the Defendant's Ex Parte Motion for Order Directing the U.S. Marshal to Arrange Transportation for expert testing, and good cause appearing therefor:

      IT IS HEREBY ORDERED that the United States Marshal shall arrange one-way transportation for defendant, VENIAMIN LAOUGINE , to travel from WEST BLOOMFIELD, MICHIGAN to LAS VEGAS, NEVADA   on or before August 16, 2010 for the  purpose of examination and testing with linguistics expert.

      This Order is limited to payment of one-way transportation to the above-referenced court appearance only.

      DATED this ___ 28th day of July, 2010



_____

PHILIP M. PRO, U.S. DISTRICT JUDGE