UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00510-PMP-RJJ |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| VENIAMIN LAOUGINE, | ) | |
| Defendant. | ) | |

The Government having failed to file an opposition to Defendant's Motion for Return of Passport (Doc. #85) and good cause appearing,

**IT IS ORDERED that** Defendant Veniamin Laougine's Motion for Return of Passport (Doc. #85) is **GRANTED**.

DATED: March 22, 2011.

_____
PHILIP M. PRO
United States District Judge