# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO.: 2:09-CR-0510-PMP-RJJ |
| v. | ) | **ORDER DIRECTING U.S. MARSHAL TO ARRANGE TRANSPORTATION TO HEARING** |
| VENIAMIN LAOUGINE, et al. | ) | |
| Defendant. | ) | |

Having reviewed the defendant's Ex Parte Motion for Order Directing the U.S. Marshal to Arrange Transportation to Hearing, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the United States Marshal shall arrange one-way transportation for defendant, VENIAMIN LAOUGINE , to travel from 6533 Beverly Crest Drive, West Bloomfield, Michigan to Las Vegas, Nevada on or before Wednesday, May 18, 2011 at the hour of 9:00 A.M. for the purpose of appearing before JUDGE PHILLIP PRO FOR CHANGE OF PLEA HEARING.

This order is limited to payment of one-way transportation to the above-referenced court appearance only.

DATED this __ 12th day of May, 2011.

_____
PHILIP M. PRO, U.S. DISTRICT JUDGE